WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>$81,308.22 in US Currency seized from Bank of the West Account No. XXXXX0225,<br><br>　　　　　　Defendant. | No. CV-14-01307-PHX-ESW<br><br>**ORDER** |

　　　　The Court having reviewed the United States' Motion to Strike Claim and Answer (Doc. 23) of Nathmi Abuarar and El Ranchero Meat Market, Inc. for failing to comply with the pleading requirements in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimants' Response (Doc. 25), and Reply (Doc. 26),

　　　　IT IS HEREBY ORDERED that Nathmi Abuarar and El Ranchero Meat Market, Inc.'s Answer and claims are stricken for failure to comply with the pleading requirements of Rule G(5). The Motion to Strike Claim and Answer (Doc. 23) is granted. Multiple extensions of time were granted for claimants to file their Answer. The government is prejudiced by delay. No good cause has been shown to excuse the late filing.

　　　　IT IS FURTHER ORDERED entering judgment that $81,308.22 in United States currency seized from Bank of the West Account No. XXXXX0225 is hereby forfeited to

1   the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C) and
2   all right, title and interest in the property described above is hereby condemned, forfeited
3   and vested in the United States of America, and shall be disposed of by law.
4       Dated this 11th day of March, 2015.

_____
Honorable Eileen S. Willett
United States Magistrate Judge